MAR 26 2026 PM 12:45
FILED - USDC - BPT - CT

John Doe

VS

Vernon D. Oliver, et al          3:26-cv-00295-SVN

## PLAINTIFFS MOTION ASKING THE COURT TO APPOINT A FEDERAL OR STATE MARSHALL TO SERVE MY COMPLAINT

I, PLAINTIFF JOHN DOE IN THE ABOVE CAPTIONED MATTER, MOTION THE COURT ASKING TO APPOINT A FEDERAL OR STATE MARSHALL TO SERVE MY COMPLAINT ON THE DEFENDANTS IN THE REMAINING TIME FRAME FOR SERVICE FOR THE FOLLOWING REASONS:

1. I MADE COPIES OF MY COMPLAINT WITH NECESSARY FORMS ABOUT 2 WEEKS AGO, I APPROACHED THE FEDERAL MARSHALLS AT BRIDGEPORT FEDERAL COURTHOUSE, AND I WAS TOLD, "IT CAN TAKE UP TO THREE (3) MONTHS. THIS WAS TOO LONG.

2. I APPROACHED THE STATE COURT

1.

HOUSE IN BRIDGEPORT, C.T AND ASKED FOR INFORMATION IN HIRING A STATE MARSHALL TO SERVE MY COMPLAINT. I WAITED UNTIL THE COURT CLOSED, AND THE CLERK GAVE ME A LONG LIST OF INFORMATION TO CALL STATE MARSHALLS. I HAVE CALLED NINE (9) MARSHALLS AND NONE OF THEM WILL HANDLE SERVICE OF MY COMPLAINT.

3. I DO NOT WANT TO BE SUMMARILY DISMISSED FOR FAILURE TO SERVE MY COMPLAINT.

4. IF THE COURT APPOINTS A MARSHALL TO SERVE MY COMPLAINT, I WILL BE ALLOWED TO GO FORWARD. I FEEL, IF OTHERWISE, I WILL NOT KNOW WHAT TO DO.

FOR ALL OF THE FOREGOING REASONS, I, JOHN DOE, RESPECTFULLY ASK THE COURT TO APPOINT A FEDERAL OR STATE MARSHALL TO SERVE MY COMPLAINT ON DEFENDANTS.

RESPECTFULLY SUBMITTED

John Doe

JOHN DOE

196 WEST AVENUE

2. STRATFORD, CT 06615