Bridgeport Federal Court
915 Lafayette Blvd
Bridgeport, CT 06604

MAR 30 2025 PM2:03
FILED - USDC - BPT - CT

John Doe vs.    3:26-cv-00295
Vernon D Oliver

### Plaintiff's Supplemental Motion to Proceed Under a Pseudonym

I, John Doe, Plaintiff in the above captioned matter put before the court this Plaintiff's Supplemental Motion to Proceed under a Pseudonym for the following reasons:

- A real fear of retaliation by authorities

- A real fear of retaliation by community members should my real name come out with access to my address readily available

- This case has no reason to reveal my actual name to defendants

- It is the activities of the defendants that are named as violations - not mine.

- The court can give me permission to proceed as such.

For all of the foregoing reasons, Plaintiff asks the court to grant this supplemental Motion to Proceed under a Pseudonym

RESPECTFULLY SUBMITTED

John Doe

JOHN DOE
196 WEST AVENUE
STRATFORD, CT 06615

2.