SEP 14 2026 PM4:35
FILED - USDC - CT - BPT

US District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

John Doe

Vs.

Vernon D. Oliver, Et Al 3:26-cv-00295 SVN

PLAINTIFF'S MOTION TO THE COURT TO ALLOW ENTRY OF HISTORICAL AND RECENT FAILURES OF THE US AND STATE SEX OFFENDER REGISTRIES TO PROTECT CITIZENS, AND THAT THE US AND STATE SEX OFFENDER REGISTRIES ARE IMPLEMENTED WITHOUT CARE FOR THE SAFETY OF THOSE ON THESE REGISTRIES AND FOR THOSE ACTING OUT ON PERSONS ON THE REGISTRIES, AND THAT SUCH ACTIONS INCUR BLAME AND RETRIBUTION FOR THESE FAILURESUPON THE DEFENDANTS, AND THAT LAW MANDATES THAT THIS BLAME IS CAUSED BY THE IMPLEMENTATION AND FIERCE GOVERNMENT FIGHT TO KEEP THESE DANGERS ONGOING FOR ETERNITY

I, John Doe, Plaintiff in the above captioned matter, ask the court to hear and act upon this Plaintiff's Motion to the Court to allow entry of Historical and Recent Failures of the US and State Sex Offender Registries to Protect Citizens, that the US and State Sex Offender Registries are Implemented without the carefor the safety of those on These Registries and for those Acting out on Persons on the Registries, and

that such Actions incur Blame and Retribution for these failures upon the Defendants, and that Law mandates that this Blame is Caused by the Implementation and Fierce Government to Keep these Dangers ongoing for Eternity.

In the most recent of cases in addition to those put forth in my complaints of the past, persons on the US and State sex offender registries are being killed for this law that so badly violates the Constitution. 2 recent cases below which have occurred since the beginning of the filing of this complaint show that those on the US and State Sex Offender Registries are under threat of death for being on those registries.

- An 18 year old in Tennessee and a 19-year-old in Florida were recently charged in separate cases with killing registered sex-offenders after tracking them down. Klan Andrew Neal, 18, was charged with the murder of 56-year-old Robert Locke (also identified as Robert Lockach), a registered sex offender. Locke was reported missing in May, 2026…Neal confessed to police that he used the internet to find the nearest registered sex offender.
- Lucas Sander Jones, 19, of Indialantic, Florida, was indicted for first degree premeditated murder in May 2026. He was charged with the death of 28-year-old Colie Lee Daniel, whose remains were found in suitcases in Palm BAY after he was reported missing in March, 2026…Jones had printed out a list of registered sex offenders living in the local area and targeted the victim.
- As put forth in my complaint, and in my Motion for Injunction, the Constitution states that the fundamental laws inherent in a civilized society protect me from Government Intrusion, protect me from the Violating my Right to Privacy, protect me from violating My right to Travel freely without

need to inform the government of my intentions to travel, protect me from coercion to give up my right to remain silent to protect me from incarceration for exercising that right, protect me from being forced to give up my Rights protected by the equal protection clause under law, protect me from being forced by the Defendants to believe that the threats to give up my rights as described herein are in fact not a violation of law. Their opinions are to be held to no account. The Constitution has the final say in this matter.

- Federal Law 18 USC $241, and $242 declare that Government workers are to be held accountable for violations of the Constitution for Laws issued that violate the Constitution. In this matter, as listed above and for 18 USC $241 and $242, the Defendants of this action are to pay an equal indemnity for violations of the Constitution when death occurs for those violations.

For all of the foregoing reasons, Plaintiff respectfully asks the Court to allow this Motion to become part of the case record.

Respectfully Submitted,

John Doe 9/14/26

John Doe
196 West Avenue
Stratford, CT 06615

CERTIFICATION.

I, John Doe, plaintiff in the above captioned matter, swear that a copy of the above was mailed to the Defendant's attorneys below this 14th day of ~~July~~ September, 2026

Timothy J. Holzman (ct30420)

Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue,5th Floor
Hartford, CT 06106

Zachary Denver
Connecticut Financial Center
157 Church Street, Floor 25
New Haven, CT 06510

John Doe 9/14/26

JOHN DOE
196 WEST AVENUE
STRATFORD, CT 06615