NOV 10 2026 PM12:18
FILED - USDC - BPT - CT

US District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

John Doe

Vs.

Vernon D. Oliver, Et Al 3:26-cv-00295 SVN

PLAINTIFF'S MOTION TO THE COURT TO ALLOW ENTRY OF SUMMONS FROM DEFENDANTS TO PRESENT MYSELF FOR PHOTOGRAPH OF ME TO POST ON THE INTERNET UNDER THREAT OF ARREST AND IMPRISONMENT SO THAT THE COURT MAY GAIN A MORE REASONABLE OUTLOOK AT THE WORKINGS OF THE US AND STATE SEX OFFENDER REGISTRIES.

I, John Doe, Plaintiff in the above captioned matter, ask the court to hear and act upon this Plaintiff's Motion to the Court to allow entry of Plaintiff's Summons to present myself for photographic imaging. The purpose of the summons is an attempt to have me excuse the Defendants from culpability in ordering me to present myself at the Connecticut State Police Headquarters Sex Offender Unit in Mansfield for this image to be taken for presentation of my personal information on the internet. As is seen in the summons, I am ordered to present myself in order to comply with the State requirements, however this order to comply is accomplished in conjunction with the threat of arrest and incarceration should I refuse to follow this summons so that it is not my compliance with any particular law, but that it is a threat to present myself disguised as me allowing myself to comply with this order. If it is accomplished by means a threat,

it is coercion as is the case, it is a crime to order me to present myself as such. A crime for which, as US Code 18 $241, 242 are regarded by the defendants as laws which they are never going to allow to take effect, but for my part I will go to prison-where I may be killed if I do not regard the laws of Connecticut to bind me to a particular behavior.

For all of the foregoing reasons, Plaintiff respectfully asks the Court to allow this Motion to become part of the case record.

Respectfully Submitted,

John Doe 11/10/26

John Doe
196 West Avenue
Stratford, CT 06615

CERTIFICATION.

I, John Doe, plaintiff in the above captioned matter, swear that a copy of the above was mailed to the Defendant's attorneys below this 10th day of November, 2026

Timothy J. Holzman (ct30420)
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue,5th Floor
Hartford, CT 06106

Zachary Denver
Connecticut Financial Center
157 Church Street, Floor 25
New Haven, CT 06510

John Doe 11/10/26

STATE OF CONNECTICUT
DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
DIVISION OF STATE POLICE
Sex Offender Registry Unit

September 10, 2026

Compliance Date no later than: September 24, 2026

SPBI# 528931
JOSEPH WILSON
196 WEST AVE
STRATFORD, CT 06615

JOSEPH WILSON,

As a person required to register, under Connecticut Sex Offender Registry Statutes 54-250 to 54-261, you are required to submit to the retaking of your photographic image upon the request of the Commissioner of Department of Emergency Services & Public Protection.

In order to accomplish this statutory requirement and on behalf of the Commissioner of Emergency Services & Public Protection, I am hereby requesting that you report to the Sex Offender Registry Unit and submit to the retaking of your photographic image. Failure to comply with this request as required under C.G. S. 54-251, 54-252, 54-253 and 54-254, may subject you to arrest for a class "D" felony.

You must fulfill this statutory requirement **by the compliance date** listed above. There will be **no extensions** granted. You are required to report to the location listed below and have your photographic image taken as required by law. Failure to submit to an update of your photographic image, **will** result in a Non-Compliant status, and a report of the violation will be forwarded to your local law enforcement agency.

Department of Emergency Services & Public Protection
Sex Offender Registry Unit
Department of Emergency Services & Public Protection Headquarters
1111 Country Club Road (I-91 Exit 20)
Middletown, CT 06457-9294
(860) 685-8060

Photos will be taken at the above location, Monday – Friday from 9:00 a.m. to 3:00 p.m. except on federal and state holidays.