NOV 16 2026 PM12:35 FILED - USDC - BPT - C

United States District Court

915 Lafayette Blvd.

Bridgeport, CT 06604

June 6, 2026

John Doe

Vs.Id

Vernon D, Oliver, ET AL 3:26-cv-00295 SVN

~~PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT~~

PLAINTIFFS MOTION TO ALLOW THIS RECORD OF MURDERS OF THE FOLLOWING SEX OFFENDERS

I John Doe, Plaintiff in the above captioned matter, bring before the Court this Plaintiff's Motion to include in the Court record the murders of the following sex offenders for the following reasons:

Five days ago, or 6 or 7 as it may be because of the quick passing of time, an Arizona couple was arrested after they made plans to kill a man they knew for months because he was a registered sex offender. Jacob Dylan Middlebrook, 35, and Layne Justine Mcintosh, 36, were arrested Saturday in the death of 29-year old Aaron Christopher Warren, who was found stabbed to death on November 7, 2926 along Silver Creek Road in the desert near Bullhead City. Mcintosh and Middlebrook were detained and charges were upgraded to first degree murder, vehicle theft, and concealment of a dead body.

It is a public killing field to keep and enforce the US and State Sex Offender registry. I may be looking at things from a person who cares about safety. But those who are on the US and State sex offender registry are in the killing field

which leads to heartbreak of their family members and friends. Those who murder those on the US and State sex offender registry face up to life in prison, again, causing pain and suffering for their family, friends, and ruining of their own lives for murdering those in this killing field. It is a wonder why anyone would allow a law that endorse a killing field open to public knowledge to allow murder of anyone to exist.

For all of the following reasons, I humbly ask the Court to allow this motion to become part of the case record.*

*• DAVID BRIMMER (SEPT. 2025), 71 STABBED AT HOME IN FREMONT CALIFORNIA. A 29 Y.O USED MEGANS LAW WEBSITE TO LOCATE AND TARGET HIM
• MICHAEL FOSLER (OCT 2024) SHOT AND KILLED BY AARON SPENSER

John Doe

John Doe

196 West Avenue

Stratford, CT 06615

CERTIFICATION

I, John Doe, Plaintiff in the above captioned matter, hereby certify that a copy of the Defendant Attorney on record was mailed to the Defendant this 16TH, day of NOVEMBER, 2026. No Federal Defendant Attorney is known to me at this time.

Timothy J. Holzman (ct30420)

Assistant Attorney General

Office of the Attorney General

165 Capitol Avenue, 5th Floor

Hartford, CT 06106

ZACHARY DENVER
CONNECTICUT FINANCIAL CENTER
157 CHURCH STREET, FLOOR 25
NEW HAVEN, CT 06510

John Doe

JOHN DOE
196 WEST AVE.
STRATFORD, CT 06615